JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CRENSHAW, individually, on behalf of all others similarly situated, and as representatives of other aggrieved employees, <br><br> Plaintiff, <br> vs. <br><br> SODEXO INC., a Delaware corporation; SDH SERVICES WEST, LLC, a Delaware Limited Liability Company; and DOES 1 through 250, inclusive, <br><br> Defendants. | No. 2:16-cv-05850 JFW(JCx) <br><br> ORDER GRANTING STIPULATION OF DISMISSAL PROPOSED CLASS ACTION <br><br> Judge: Hon .John F. Walter <br> Courtroom: 16 <br> Complaint Filed: June 15, 2016 <br> Trial Date: None |

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED, with the individual claims of plaintiff James Crenshaw DISMISSED WITH PREJUDICE and the claims of any other putative class member or aggrieved employee DISMISSED WITHOUT PREJUDICE., each side to bear its own costs and attorneys' fees.

Dated: August 16, 2016.

John F. Walter
United States District Judge